IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANINE WILLIAMS, *individually, and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>THE PISA GROUP, INC.,<br><br>Defendant. | Case. No. 2:18-cv-4752-GAM<br><br>District Judge Gerald A. McHugh |

**PLAINTIFF'S UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Plaintiff and Class Representative Janine Williams, by and through her counsel, hereby files this unopposed motion for preliminary approval of the class settlement reached with Defendant Pisa Group, Inc. in this Telephone Consumer Protection Act class-action. Plaintiff and the Certified Class seeks this Court's preliminary approval of the proposed class action Settlement Agreement. (*See* Ex. 1, Settlement Agreement.) Plaintiff further requests the Court affirm appointment of the Class Representative and Class Counsel, affirm approval of the Class Administrator, approve Plaintiff's Notice Plan and set a final fairness hearing.

Respectfully submitted,

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg (PA 311908)
Craig T. Kimmel (PA 57110)
KIMMEL & SILVERMAN, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (267) 468-5374
Fax: (877) 600-2112
jginsburg@creditlaw.com

teamkimmel@creditlaw.com

Jarrett L. Ellzey  
Leigh S. Montgomery  
ELLZEY & ASSOCIATES, PLLC  
1105 Milford St.  
Houston, TX 77006  
Tel: (713) 554-2377  
Fax: (888) 995-3335  
jarrett@ellzeylaw.com  
leigh@ellzeylaw.com  

Dated: January 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on the foregoing date, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Jacob Ginsburg*