IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANINE WILLIAMS, *individually, and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>THE PISA GROUP, INC.,<br><br>Defendant. | Case. No. 2:18-cv-4752-GAM<br><br>District Judge Gerald A. McHugh |

**NOTICE OF FILING OF DECLARATION FROM CLASS ADMINISTRATOR RE: NOTICE OF CLASS SETTLEMENT**

AND NOW, Plaintiff and Class Representative Janine Williams, by and through her counsel, hereby files this declaration from Class Administrator Christina Peters-Stasiewicz of Class Experts Group, LLC in accordance with the Court's Order dated January 30, 2025. (Doc. No. 73.) In that Declaration, Ms. Peters-Stasiewicz certifies the Class Administrator issued the CAFA Notice to state attorneys general; established the settlement website and toll-free number; caused the Notice of Class Settlement to be to be mailed to members via First Class US Mail; and emailed members with available email addresses and provided instructions to object or opt out of the settlement if they wish to do so.

The Class Administrator's Declaration along with the form of the Notice issued is attached to this filing.

Respectfully submitted,

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg (PA 311908)

1

                    KIMMEL & SILVERMAN, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (267) 468-5374
Fax: (877) 600-2112
jginsburg@creditlaw.com
teamkimmel@creditlaw.com

Jarrett L. Ellzey
Leigh S. Montgomery
ELLZEY & ASSOCIATES, PLLC
1105 Milford St.
Houston, TX 77006
Tel: (713) 554-2377
Fax: (888) 995-3335
jarrett@ellzeylaw.com
leigh@ellzeylaw.com
*Attorneys for Plaintiff and the Class*

Dated: March 10, 2025

## CERTIFICATE OF SERVICE

    I hereby certify that on the foregoing date, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record on this 10th of March, 2025.

                */s/ Jacob Ginsburg*