IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| JANINE WILLIAMS, *individually, and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>THE PISA GROUP, INC.,<br><br>Defendant. | Case. No. 2:18-cv-4752-GAM<br><br>District Judge Gerald A. McHugh |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**

For the reasons set forth in the accompanying memorandum of law, Plaintiff and Class Representative Janine Williams and the Certified Class, by and through counsel, respectfully request the Court: (1) grant final approval of the settlement agreement, which was subject to preliminary approval on January 30, 2025; and (2) enter final judgment in favor of Plaintiff and the Class consistent with the terms of the Agreement.

**CERTIFICATE OF CONFERRAL: MOTION UNOPPOSED**

I, Jacob U. Ginsburg, counsel for Janine Williams and the Certified Class hereby certify that I conferred with Andrew Schwartz on various instances from December 2024 through today as to Defendant's position on the class settlement, and most recently on Defendant's position as to this motion for final approval. Most recently, on April 28 and again on April 29, 2025, Mr. Schwartz advised Defendant does not oppose the motion for final approval or application for attorneys' fees and litigation and administrative costs, or the relief sought in those motions.

Accordingly, this motion and the application for fees/costs (to be filed shortly after this motion) are unopposed.

        Respectfully submitted,

        KIMMEL & SILVERMAN, P.C.

        */s/ Jacob U. Ginsburg*
        Jacob U. Ginsburg, Esq.
        30 E. Butler Avenue
        Ambler, PA 19002
        Phone: (267) 468-5374
        Fax: (877) 600-2112
        jginsburg@creditlaw.com
        teamkimmel@creditlaw.com

        Jarrett L. Ellzey
        Leigh S. Montgomery
        ELLZEY & ASSOCIATES, PLLC
        1105 Milford St.
        Houston, TX 77006
        Tel: (713) 554-2377
        Fax: (888) 995-3335
        jarrett@ellzeylaw.com
        leigh@ellzeylaw.com

Dated: April 29, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on the foregoing date, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

        */s/ Jacob U. Ginsburg*
        Jacob U. Ginsburg, Esq.