IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT PENNSYLVANIA

---

JANINE WILLIAMS, *individually, and on behalf of all others similarly situated,*

        Plaintiff,

   v.

THE PISA GROUP, INC.,

        Defendant.

Civil Action No. 18-4752

---

## **ORDER**

This 12th day of May, 2025, it is hereby **ORDERED** that Plaintiff's Unopposed Motion for Final Approval of Class Settlement (ECF 76) is **GRANTED**.

The Court hereby finds that the Class Representative and Class Counsel adequately represented the class and the settlement was negotiated at arm's length through the facilitation of a District-recommended mediator. Further, the Court affirms its finding from preliminary approval that the settlement fund of $450,000.00, which is to be distributed on a *pro rata* basis to the 279 class members, after the subtraction of attorneys' fees, administrative costs, litigation costs and a representative incentive award, is a fair and adequate settlement. Affording members at least $800.00 is in excess of many class-action settlements in cases under the Telephone Consumer Protection Act, 47 U.S.C. § 227*, et seq*. Considering the risks and delays associated with continued litigation, the Court accepts the Class Representative and Class Counsel's conclusion that settlement is superior to further litigation. Additionally, with fact and expert discovery completed and having undergone years of litigation before settlement, the Court accepts that the settlement was an informed decision, weighing the strengths and weaknesses of the case. Finally, with no

objections or exclusions by class members, and Notice having been delivered to over 96% of members, the Court accepts that the Class viewed the settlement favorably and the Notice met due process requirements.

Therefore, having assessed the factors set forth in FED. R. CIV. P. 23(e)(2) and *Girsh v. Jepson*, 521 F.2d 153 (3d Cir. 1975), final approval of the class settlement is hereby **GRANTED**.

It is further **ORDERED** that final judgment is entered against The Pisa Group, Inc. in favor of Janine Williams and the Certified Class in the amount of $450,000.00, consistent with the Settlement Agreement attached as Exhibit 1 to the Motion for Final Approval (ECF 76-2).

It is further **ORDERED** that the Class Fund shall be funded within **14 days** of this Order.

It is further **ORDERED** that counsel and the Plan Administrator are authorized to proceed with distribution and payment of counsel fees and costs as set forth in the Settlement Agreement and Petition for Approval, ECF 76, and this Court's separate Order of this date approving of counsel fees and costs.

/s/ Gerald Austin McHugh
United States District Judge